IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE RAY ALLEN,<br><br>Petitioner,<br><br>v.<br><br>STEVEN ORNOSKI, Acting Warden, California State Prison at San Quentin,<br><br>Respondents. | CAPITAL CASE<br><br>Case No. 88-01123 FCD JFM<br><br>**ORDER FOR TEMPORARY RELEASE OF EXHIBITS ADMITTED OR MARKED AT EVIDENTIARY HEARING** |

GOOD CAUSE SHOWING, the Clerk of the United States District Court for the Eastern District of California is ordered to release to the custody of Supervising Deputy Attorney General Ward A. Campbell or Supervising Deputy Attorney Janis McLean of the California Department of Justice the following exhibits that were admitted or marked for admission at the evidentiary hearing conducted in this case: Defendant's Exhibits A-12, A-92, and A-103. The exhibits are to be returned to the Clerk no later than the close of business on December 21, 2005.

Dated: December 12, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL
Judge
United States District Court